No. 49035.—Protest 97693–K of Mexican American Hat Co. (St Louis).

Opinion by T ILSON, J. At the trial samples of the merchandise in question were admitted in evidence. It appeared that these hats are made of palm leaf. The testimony of five witnesses showed definitely that the hats are known as harvest hats, and one witness testified they are valued at about 40 cents per dozen. The appraiser also testified that for more than 20 years he had advisorily returned such items as harvest hats. On the record presented and following Caradine v. United States (9 Cust. Ct. 69, C. D. 664) the protest was sustained as to this item.

No. 49036.—Protests 545598–G, etc., of New England Panama Hat Co., Inc. (New York).

Opinion by T ILSON, J. At the trial plaintiff's witness testified that the merchandise in question is the same as the hats involved in Abstract 47859. The record in that case was admitted in evidence herein. On the established facts and following the cited case the hats in question were held dutiable as claimed.

No. 49037.—Protest 638823–G of A. Hirschberger (New York).

Opinion by T ILSON, J. It was found from the record that certain items consist of hats similar to those involved in Caradine v. United States (9 Cust. Ct. 69, C. D. 664), which record was admitted in evidence herein. In accordance therewith the items imported or withdrawn for consumption prior to the said Netherlands Trade Agreement were held dutiable at 25 percent under paragraph 1504 (b) (5) and those imported or withdrawn for consumption subsequent to the trade agreement were held dutiable at 12½ percent under paragraph 1504 (b) (5), as claimed.

No. 49038.—Protest 688855–G of Max Kranz Hat Body Corp. (New York).

Opinion by T ILSON, J. The testimony showed that all merchandise on the invoice consists of hats which are similar in all material respects to those involved in Armand Schwab v. United States (30 C. C. P. A. 72, C. A. D. 213), which record was admitted in evidence herein. In accordance therewith the claim at 25 percent under paragraph 1504 (b) (1) was sustained.